Submitted on record and briefs August 10, conviction affirmed; remanded for
resentencing September 9, 1992

STATE OF OREGON,
*Respondent,*

*v.*

MICHAEL ROGER LANDRY,
*Appellant.*

(D91-05815M; CA A72647)

836 P2d 1377

Sally L. Avera, Public Defender, and Hari Nam S. Khalsa, Deputy Public Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

Defendant pleaded guilty to criminal trespass. The trial court placed him on probation, subject to the condition, *inter alia*: "Defendant is prohibited from consuming or possessing any alcoholic liquor in any form under any circumstances." Defendant contends that the record does not support a conclusion that that condition is reasonably related to his offense, his reformation or protection of the public. The state agrees, and we accept the concession.

Conviction affirmed; remanded for resentencing.